1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

DAVID MCKEAN,

Case No. MJ23-463 SKV

DETENTION ORDER

Mr. McKean is charged with Possession of Drug Contraband in Federal Penal Institution, 18 U.S.C. § 1791(a)(2). The Court held a detention hearing on September 20, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      The Government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2). The court finds there is sufficient evidence that Mr. McKean is a serious risk of flight due to his criminal history and multiple failures to appear.

2.      Mr. McKean stipulated to detention.

3.      Upon advice of counsel, Mr. McKean declined to be interviewed by Pretrial

Services. Therefore, there is limited information available about him.

4.      Mr. McKean poses a risk of nonappearance due to his criminal history. Mr. McKean poses a risk of danger due to the community due to the nature of the offense charged and the allegations that at least two individuals were severely harmed. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. McKean's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)     Mr. McKean shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Mr. McKean shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. McKean is confined shall deliver Mr. McKean to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. McKean, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _20_ day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge